# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:09cv383

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | **JUDGMENT** |
| $40,000 in UNITED STATES CURRENCY, ) | |
| Defendant. ) | |

**THIS MATTER** came to for trial and was heard by the undersigned judge, and a jury was duly empaneled and has answered the issues presented as follows:

Was the currency seized the proceeds of a drug trafficking crime and subject to forfeiture?

ANSWER: YES

Was the Claimant, Elliott David Morris, an innocent owner of the currency seized?

ANSWER: NO

Based on the foregoing facts as found by the jury, the Court concludes as a

matter of law that the Defendant Currency in this matter is forfeitable and is forfeited to the Plaintiff.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the sum of $40,000 in United States Currency, the same being the Defendant property herein, is hereby **FORFEITED** to the United States of America.

Signed: March 23, 2011

Martin Reidinger
United States District Judge